IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | MAGISTRATE NO. 20-1000 |
| CERTAIN PERSON | : | |

## ORDER

AND NOW, this 15th day of June, 2020 upon application of the United States

Attorney that the complaint, warrant and affidavit, and corresponding docket entries in the within

criminal proceeding be impounded, said motion is hereby GRANTED and it is

ORDERED

that the complaint, warrant and affidavit, and corresponding docket entries, in the above-

mentioned case are hereby IMPOUNDED and to be retained in the custody of the Clerk of Court

until further order of the Court or until notified by the United States Attorney, or his

representative, that the defendant has been arrested, except that the Clerk of Court is authorized

to provide two certified copies of the warrant to the United States Marshals Service and the FBI.

The Clerk of Court is directed to make no public docket entry of the sealed documents and

motion and order to seal, and to provide copies of all sealed documents only to Robert J.

Livermore, Assistant United States Attorney.

IT IS FURTHER ORDERED THAT the complaint, warrant and affidavit, and

corresponding docket entries, shall be unimpounded immediately upon notification by the United

States Attorney, or his representative, that all of the defendants have been arrested or upon

further order of the Court.

BY THE COURT:


___*/s/ The Honorable Marilyn Heffley*___
HON. MARILYN HEFFLEY
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA       :

    v.                            :          MAGISTRATE NO. 20-1000

CERTAIN PERSON             :

### MOTION TO IMPOUND COMPLAINT AND WARRANT

The United States of America, by and through its attorneys, William M. McSwain,

United States Attorney in and for the Eastern District of Pennsylvania, and Robert J. Livermore,

Assistant United States Attorney for that District, moves that the complaint, warrant and

affidavit, and corresponding docket entries in the within criminal proceeding be impounded, and,

in support thereof, alleges that if the existence and content of these documents are made public

prior to the arrest of the defendant there is the risk that the defendant will flee, thereby hindering

the execution of the arrest warrant.

WHEREFORE, the government respectfully requests that this Court enter an

order directing that the complaint, warrant and affidavit, and corresponding docket entries, in the

above-mentioned case be IMPOUNDED and be retained in the custody of the Clerk of Court

until further order of the Court or until notified by the United States Attorney, or his

representative, that the defendant has been arrested, except for the two certified copies of the

warrant to be provided to the United States Marshal's Service and the FBI.  The government

further requests that the Clerk of Court be directed to make no public docket entry of the sealed

documents and motion and order to seal, and to provide copies of all sealed documents only to

Robert J. Livermore, Assistant United States Attorney, until further order of the Court or until

notified by the United States Attorney, or his representative, that the defendant has been arrested.

Respectfully submitted,

WILLIAM M. McSWAIN
United States Attorney


_____*/s/ Robert J. Livermore*_____
Robert J. Livermore
Assistant United States Attorney

AO 91 (Rev. 11/11)   Criminal Complaint (approved by AUSA Livermore)

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Pennsylvania

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.   20-MJ-1000 |
| PETER FRATUS | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of          June 6, 2020          in the county of          Philadelphia          in the

       Eastern       District of       Pennsylvania       , the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 875(c) | Interstate threatening communications |

This criminal complaint is based on these facts:

See attached Affidavit.

☑ Continued on the attached sheet.

/s/ Joshua J. Hubiak
*Complainant's signature*

Joshua J. Hubiak, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date:          June 15, 2020

/s/ The Honorable Marilyn Heffley
*Judge's signature*

City and state:          Philadelphia, PA

HON. MARILYN HEFFLEY, USMJ
*Printed name and title*