**Criminal Case Cover Sheet** — **U.S. District Court - District of Massachusetts**

**Place of Offense:**
- Category No.: II
- Investigating Agency: FBI
- City: West Dennis
- County: Barnstable

**Related Case Information:**
- Superseding Ind./Inf.:
- Case No.:
- Same Defendant: / New Defendant:
- Magistrate Judge Case Number:
- Search Warrant Case Number:
- R 20/R 40 from District of: Eastern District of Pennsylvania

**Defendant Information:**
- Defendant Name: Peter Fratus
- Juvenile: No
- Is this person an attorney and/or a member of any state/federal bar: No
- Alias Name:
- Address (City & State): West Dennis, MA
- Birth date (Yr only): 1981
- SSN (last4#): 5235
- Sex: M
- Race: Caucasian
- Nationality:

**Defense Counsel if known:** Brendan Kelley  
**Address:** Federal Public Defender's Office, 51 Sleeper St #5, Boston, MA 02210  
**Bar Number:**

**U.S. Attorney Information:**
- AUSA: Elianna J. Nuzum
- Bar Number if applicable:

**Interpreter:** No — List language and/or dialect:

**Victims:** Yes — If yes, are there multiple crime victims under 18 USC §3771(d)(2): No

**Matter to be SEALED:** No

- [ ] Warrant Requested
- [ ] Regular Process
- [✓] In Custody

**Location Status:**
- Arrest Date: 06/16/2020
- [ ] Already in Federal Custody as of ____ in ____
- [ ] Already in State Custody at ____   [ ] Serving Sentence   [ ] Awaiting Trial
- [ ] On Pretrial Release: Ordered by: ____ on ____

**Charging Document:** [✓] Complaint   [ ] Information   [ ] Indictment  
**Total # of Counts:** [ ] Petty   [ ] Misdemeanor   [✓] Felony — 1

Continue on Page 2 for Entry of U.S.C. Citations

[✓] I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 06/16/2020   Signature of AUSA: *Elianna J. Nuzum*

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Peter Fratus

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 USC § 875(c) | Interstate Threatening Communications | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____