UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.        )<br>)<br>PETER FRATUS,        )<br>Defendant       ) | MJ Case No. 20-04109-DHH |

## AFFIDAVIT IN SUPPORT OF ARREST

I, Brian Pereira, Special Agent, Federal Bureau of Investigation, do hereby make oath before the Honorable David H. Hennessy, Chief United States Magistrate Judge for the District of Massachusetts, that upon knowledge coming to me in connection with my official duties and as part of the official records of my office, I am advised that there is presently outstanding a warrant of arrest for one Peter Fratus on a Complaint (20-MJ-1000) filed in the Eastern District of Pennsylvania charging the defendant with Interstate Threatening Communications in violation of 18 U.S.C. § 875(c), and I do hereby make oath that this warrant of arrest is outstanding in said District on the basis of the information set out above. A copy of said warrant is attached.

_____
BRIAN PEREIRA
Special Agent
Federal Bureau of Investigation

**Attested to by the affiant in accordance with the requirements of
Fed. R. Crim. P. 4.1 by videoconference this 16th day of June, 2020.**

_____
DAVID H. HENNESSY
Chief United States Magistrate Judge

AO 442 (Rev. 11/11) Arrest Warrant (approved by AUSA Livermore)

# UNITED STATES DISTRICT COURT
for the

Eastern District of Pennsylvania

| United States of America | ) |
|---|---|
| v. | ) |
| PETER FRATUS | ) Case No. 20-MJ-1000 |
| | ) |
| *Defendant* | ) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   PETER FRATUS   ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☑ Complaint
☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:

On or about June 6, 2020, defendant PETER FRATUS knowingly transmitted in interstate or foreign commerce a communication containing a threat to injury another person, by threatening to hang and kill D.O.  All in violation of 18 U.S.C. § 875(c).

Date:   June 15, 2020

/s/ The Honorable Marilyn Heffley
*Issuing officer's signature*

City and state:   Philadelphia, PA

HON. MARILYN HEFFLEY, USMJ
*Printed name and title*

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*